UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 8:16-mj-01563-JSS

EZRA TESSEMA

## **ORDER**

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Complaint against the Defendant, EZRA TESSEMA, without prejudice. Leave of Court is granted and the Complaint is dismissed against the Defendant, EZRA TESSEMA, without prejudice. The Clerk of Court is directed to close the case as to the Defendant, EZRA TESSEMA.

Dated: May 1, 2017

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE